FILED
AUG 2 0 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Michael Ray Hughes           3435344

*(Enter above the full name of the plaintiff
or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**          CIVIL ACTION NO. 3:19-CV-606
                    *(Number to be assigned by Court)*

Cabell County, West Virginia

*(Enter above the full name of the defendant
or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____   No ✓

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:

      Plaintiffs: _____

      _____

      _____

      Defendants: _____

      _____

      _____

   2. Court (if federal court, name the district; if state court, name the county);

      _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned:

      _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

      _____

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

II. Place of Present Confinement: ST, Marys Correctional Center

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No _____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _____      No ✓

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: IT did not Happen Here.

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Michael Ray Hughes - 3435344

       Address: 2880 N, Pleasants Hwy, ST, marys WV, 26170

    B. Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: <u>County of Cabell, WVa,</u>

is employed as: _____

at _____

D. Additional defendants: _____

_____

_____

_____

### IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 8-4-15, I was arrested in Cabell County and Placed in the Western Regional Jail, I went to court at The Cabell County Court House on 8-13-15 and was told that I would be Released in a Plea agreement. After my Return To the Western Regional Jail, I was told that there was no Release Papers, I did not get Released until 8-25-15. After I was finally able to reach my Layer, Every day I ask staff for help with this and was ignored.

4

### IV. Statement of Claim (continued):

I spent 12 Days in the Western Regional Jail Incarcerated when I should Have been Released,

### V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

Monetary Judgement,

V.  **Relief (continued)):**

_____
_____
_____
_____
_____

VII. **Counsel**

   A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   _____ None _____

   B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes _____     No ___✓___

   If so, state the name(s) and address(es) of each lawyer contacted:

   _____
   _____

   If not, state your reasons: Could not Afford a Lawyer and Did not Know that I could Do this myself.

   C. Have you previously had a lawyer representing you in a civil action in this court?

   Yes _____     No ___✓___

6

If so, state the lawyer's name and address:

_____

_____

Signed this __13__ day of __August__, 20_19_.

_____

_____

_____*Michael Ray Hughes*_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8-13-19___.
                  (Date)

_____*Michael Ray Hughes*_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Michael Hughes - 3435344
St. Marys Correctional Center
2880 N. Pleasants Hwy
St. Marys, WV
26170

ST MARYS CORRECTIONAL CENTER

NEOPOST 08/19/2019
US POSTAGE $001.10⁰
ZIP 26170
041M11273212

25701-203126

Clerk United States District Court
845 5th Ave, Rm 101
Huntington, WV
25701

U.S. MARSHALS SERVICE